RECEIVED

MAR 1 3 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| HAAS HARGRAVE CORMIER | CIVIL ACTION NO. 14-2770 |
| VERSUS | JUDGE DOHERTY |
| AMERICAN INTERSTATE INSURANCE CO., ET AL. | MAGISTRATE JUDGE HANNA |

## MEMORANDUM RULING

Currently pending before the Court is a motion for summary judgment [Doc. 20], filed by defendant American Interstate Insurance Company ("AIIC"). By way of its motion, defendant seeks "an Order which dismisses it from this litigation with prejudice, and at plaintiff's costs." [Id. at 1] The motion is unopposed.[1]

> By way of its motion, movant argues:
>
> The Maritime Employer's Liability ("MEL") policy that AIIC issued to Industrial Solutions Group, LLC ("ISG") as the employer of plaintiff's decedent Joseph Cormier provides coverage only for workers' compensation, Jones Act, or maintenance and cure claims by Cormier against ISG, or anyone else claiming to be his employer. It specifically excludes liability to other defendants which is assumed by contract, and there is no allegation that anyone other than ISG employed Joseph Cormier at the relevant times herein.

[Doc. 20-3, p. 1]

---

[1] The deadline for submission of a memorandum in opposition to the motion for summary judgment has passed, and no opposition has been received by the Court. [Doc. 21] Accordingly, the motion is deemed unopposed. [Id.]

1

The motion for summary judgment [Doc. 20], appearing to be well-founded in law and fact and being unopposed by plaintiff, is hereby GRANTED, and all claims asserted by plaintiff against AIIC are hereby DISMISSED WITH PREJUDICE, at plaintiff's cost.

THUS DONE AND SIGNED in Chambers, Lafayette, Louisiana, this 13th day of March, 2015.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE